UNITED STATES COURT OF APPEALS FOR THE
DISTRICT OF COLUMBIA CIRCUIT

_____
                                    )
NATIONAL ASSOCIATION OF             )
HOME BUILDERS                       )
                                    )
            PETITIONER              )    DOCKET NO.: 17-1039
                                    )
V.                                  )
                                    )
UNITED STATES ENVIRONMENTAL         )
PROTECTION AGENCY,                  )
                                    )
            RESPONDENT.             )
_____)

**PETITION FOR REVIEW**

Pursuant to Rule 15 of the Federal Rules of Appellate Procedure and 33 U.S.C. §1369(b)(1)(E) and (F), the National Association of Home Builders, on behalf of itself and its members, petitions this Court for review of Respondent, United States Environmental Protection Agency's (EPA's) "Final National Pollutant Discharge Elimination System (NPDES) General Permit for Stormwater Discharges from Construction Activities," published in the *Federal Register* on January 19, 2017 (82 Fed. Reg. 6,534). That notice is appended as **Exhibit A**. The Construction Activities Permit challenged by this Petition is available electronically at https://www.epa.gov/sites/production/files/2017-01/documents/2017_cgp_final_permit.pdf and is further appended as **Exhibit B** (without Appendices A–L, consisting of approximately 236 pages).

February 6, 2017

Respectfully Submitted,

NATIONAL ASSOCIATION OF
HOMEBUILDERS

*Of Counsel*
Thomas J. Ward
Jeffery B. Augello
National Association
 of Home Builders
1201 15th Street, NW
Washington, D.C. 20005
tward@nahb.org
jaugello@nahb.org

Jeffrey S. Longsworth
Barnes & Thornburg LLP
1717 Pennsylvania Avenue N.W.
Suite 500
Washington, D.C. 20006
(202) 408-6918
jlongsworth@btlaw.com

Jill M. Fortney
Barnes & Thornburg LLP
1 N Wacker Dr., Ste 4400
Chicago, IL 60606
Telephone: (312) 357-1313
Facsimiles: (312) 759-5646
jill.fortney@btlaw.com

Attorneys for National Association of Home Builders

## RULE 26.1 DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, the undersigned, counsel for Petitioners, the National Association of Home Builders (NAHB), certifies that NAHB is a nonprofit trade association organized under the laws of Nevada. NAHB's purpose is to promote the general commercial, professional, and legislative interests of its approximately 140,000 builder and associate members throughout the United States, including individuals and firms that construct and supply single-family homes, as well as apartment, condominium, multi-family, commercial and industrial builders, land developers, and remodelers. As part of the construction and development industry, NAHB's members will be subject to requirements contained in the United States Environmental Protection Agency's "Final National Pollutant Discharge Elimination System (NPDES) General Permit for Stormwater Discharges from Construction Activities," published in the *Federal Register* on January 19, 2017 (82 Fed. Reg. 6,534).

NAHB does not have any parent companies that have 10 percent or greater ownership interest in NAHB. Further, there is no publicly-held company that has a 10 percent or greater ownership interest in NAHB. NAHB is comprised of over 700 state and local home builders associations with whom it is affiliated, but all of those associations are, to the best of NAHB's knowledge, nonprofit corporations that have not issued stock to the public.

February 6, 2017

*Of Counsel*
Thomas J. Ward
Jeffery B. Augello
National Association
 of Home Builders
1201 15th Street, NW
Washington, D.C. 20005
tward@nahb.org
jaugello@nahb.org

Respectfully Submitted,

NATIONAL ASSOCIATION OF
HOMEBUILDERS

_____
Jeffrey S. Longsworth
Barnes & Thornburg LLP
1717 Pennsylvania Avenue N.W.
Suite 500
Washington, D.C. 20006
(202) 408-6918
jlongsworth@btlaw.com

Jill M. Fortney
Barnes & Thornburg LLP
1 N Wacker Dr., Ste 4400
Chicago, IL 60606
Telephone: (312) 357-1313
Facsimiles: (312) 759-5646
jill.fortney@btlaw.com

Attorneys for National Association of Home
Builders

## CERTIFICATE OF SERVICE

As required by Rule 15(c) of the Federal Rules of Appellate Procedure and 40 C.F.R. § 23.12, I certify that a copy of the foregoing Petition for Review and Rule 26.1 Disclosure Statements were served by Certified Mail on February 6, 2017, on the following parties:

The Honorable Catherine McCabe
Acting Administrator
U.S. EPA Headquarters
William Jefferson Clinton Building
1200 Pennsylvania Avenue, NW
Mail Code 1101A
Washington, DC 20460

Kevin S. Minoli
Acting General Counsel
U.S. EPA Headquarters
William Jefferson Clinton Building
1200 Pennsylvania Avenue, NW
Mail Code 2301A
Washington, DC 20460

The Honorable Dana J. Boente
Acting Attorney General of the United States
U.S. Department of Justice
Room 4400
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

February 6, 2017